# BENAVIDES LAW OFFICE

PO Bx 1683
Madison, Wisconsin 53701-1683

**Ronald Gabriel Benavides, Ph.D., J.D.,**  608.284.1500
**Attorney at Law**  608.284.0590fx

___

August 26th, 2010

The Honorable Barbara B. Crabb,
United States District Court Judge,
United States Courthouse
120 N. Henry Street
Madison, Wisconsin 53703

RE:  USA v. Dayton, 10-CR-26 BBC-02:
     Defendant's Request for Extension of Time to Report to U.S. Bureau of Prisons

Dear Judge Crabb:

I am writing to advise you that Mr. Dayton is requesting an extension of time to report to the custody of the U.S. Bureau of Prisons.

He has advised me that he needs more time, so that he can continue working and earn enough money to arrange for a storage unit for his property, and have funds while he is serving his sentence.

Following his sentencing hearing, he was fired from his job, and is now working in construction. He is requesting an extension of two to three weeks.

Truly yours,

*S/Ronald G. Benavides*
Ronald Gabriel Benavides
State Bar No. 1022280

cc:  Mr. Tim O'Shea, AUSA, via CM/ECF system.
     Ms. Kristin Kiel, USPO, via CM/ECF system.