IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL A. DAYTON,

    Defendant.

ORDER

Case No. 10-cr-26-bbc-2

---

IT IS HEREBY ORDERED that Michael A. Dayton, the defendant in the above-entitled case, having been sentenced to the custody of the Bureau of Prisons, is hereby ordered to surrender to the Bureau of Prisons by reporting to Sandstone Federal Correctional Institution, 2300 County Road 29, Sandstone, Minnesota, 55072 on September 29, 2010 by 2:00 p.m.

IT IS FURTHER ORDERED that the Bureau of Prisons or its authorized representative is designated as an officer of the court for the purpose of receiving the defendant to begin commencement of the defendant's sentence.

IT IS FURTHER ORDERED that a certified copy of this Order be mailed to the defendant by certified mail.

Entered this _7th_ day of September, 2010.

BY THE COURT:

_Barbara B. Crabb_
UNITED STATES DISTRICT JUDGE