IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2013 MAR -8 AM 10: 13
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 10-cr-26-bbc-02 |
| MICHAEL A. DAYTON, | )<br>)<br>) |
| Defendant. | ) |

## VOLUNTARY WAGE ASSIGNMENT

I, Michael A. Dayton, do hereby assign to the U.S. CLERK OF COURT, 120 North Henry Street, Room 320, Madison, WI 53703, the following payments from portions of my wages, as set forth below, and hereby authorize Labor Ready Midwest Inc., my employer, to deduct from my pay the following amounts and transmit said payments, made payable to the U.S. Clerk of Court, to the above address, as follows:

*$50.00 per pay period.*

Said wage assignment, to the benefit of the United States, is to satisfy a judgment rendered in the United States District Court for the Western District of Wisconsin, Case Number 10-cr-26-bbc-02, on April 16, 2010, in the amount of $12,191.40. The current balance due and owing on said judgment is $10,038.05.

This voluntary assignment may be revoked at any time upon written notice to the U.S. Attorney or his designee.

1

I hereby acknowledge that I have read the foregoing, understand the foregoing, and sign this document as a free and voluntary act.

Dated this __4__ day of __March__, 2013.

_Michael A. Dayton_ (signed)
Michael A. Dayton